FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MAY 20  PM 4: 21

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

BOB GENE GRAHAM

CASE NO. 8:19 cr 227 T24 JSS
18 U.S.C. § 2252(a)(4)(B)

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about April 28, 2015, in the Middle District of Florida, and elsewhere, the defendant,

BOB GENE GRAHAM,

did knowingly possess a matter, which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1.      The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.      Upon conviction of the violation of 18 U.S.C. § 2252(a)(4)(B) charged in Count One, the defendant, BOB GENE GRAHAM, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his interest in:

a.      Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter:

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.      The property to be forfeited includes, but is not limited to, the following: HP Pavilion computer, serial number 4CE02404BG.

.

2

4.     If any of the property described above, as a result of any act or

omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third
person;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be
subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

MARIA CHAPA LOPEZ
United States Attorney

By: _____

Jennifer L. Peresie
Assistant United States Attorney

By: _____

Amanda L. Riedel
Assistant United States Attorney
Acting Chief, Special Victims Section

3